IRENE MOLLOY, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent.

— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.